IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Perry, Norman | Case Number: 07 B 18123 |
|---|---|---|
| | Perry, Catherine Y | Judge: Wedoff, Eugene R |
| | Printed: 2/26/08 | Filed: 10/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,130.00 |  |
| Secured: |  | 1,068.98 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 61.02 |
| Other Funds: |  | 0.00 |
| Totals: | 1,130.00 | 1,130.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 3,000.00 | 0.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 5. | Internal Revenue Service | Secured | 12,000.00 | 0.00 |
| 6. | HSBC Auto Finance | Secured | 26,606.62 | 583.08 |
| 7. | Meadows Credit Union | Secured | 9,000.00 | 485.90 |
| 8. | Ocwen Loan Servicing LLC | Secured | 2,055.00 | 0.00 |
| 9. | America's Servicing Co | Secured | 7,155.00 | 0.00 |
| 10. | Internal Revenue Service | Priority | 3,222.88 | 0.00 |
| 11. | Illinois Dept of Revenue | Priority | 2,458.69 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 166.03 | 0.00 |
| 13. | Peachdirect | Unsecured | 1,407.76 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 799.00 | 0.00 |
| 15. | Nationwide Acceptance Corp | Unsecured | 938.99 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 382.92 | 0.00 |
| 17. | Meadows Credit Union | Unsecured | 1,298.71 | 0.00 |
| 18. | HSBC Auto Finance | Unsecured | 594.96 | 0.00 |
| 19. | Illinois Dept of Revenue | Unsecured | 722.42 | 0.00 |
| 20. | Portfolio Recovery Associates | Unsecured | 161.16 | 0.00 |
| | | | $ 71,970.14 | $ 1,068.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 61.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Perry, Norman
Perry, Catherine Y
Printed: 2/26/08

Case Number: 07 B 18123
Judge: Wedoff, Eugene R
Filed: 10/3/07

_____
$ 61.02

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

